# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 24.13.173.249 | 08/01/2013 02:06:23 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 2 | 71.194.81.229 | 08/03/2013 07:07:12 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 3 | 98.212.8.20 | 08/03/2013 11:50:06 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 4 | 71.194.59.205 | 08/04/2013 05:41:52 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 5 | 24.13.228.141 | 08/05/2013 04:54:14 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 6 | 98.206.154.196 | 08/05/2013 09:31:26 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 7 | 71.201.221.6 | 08/06/2013 01:57:34 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 8 | 98.213.250.80 | 08/06/2013 01:40:26 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 9 | 67.184.199.239 | 08/06/2013 07:08:57 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 10 | 98.227.161.18 | 08/08/2013 12:41:28 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 11 | 98.213.244.169 | 08/08/2013 02:13:44 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 12 | 67.175.142.204 | 08/09/2013 07:25:35 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 13 | 98.226.204.102 | 08/10/2013 10:47:28 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 14 | 98.228.198.242 | 08/11/2013 02:15:26 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 15 | 67.165.169.53 | 08/12/2013 02:05:12 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 16 | 98.227.164.220 | 08/13/2013 06:30:29 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 17 | 67.162.2.29 | 08/13/2013 06:26:51 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 18 | 50.158.87.223 | 08/16/2013 11:11:19 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 19 | 67.176.164.52 | 08/16/2013 01:45:05 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 20 | 67.184.86.164 | 08/16/2013 11:11:53 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 21 | 98.193.112.211 | 08/17/2013 09:10:13 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 22 | 50.165.20.174 | 08/17/2013 05:06:55 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 23 | 50.158.51.163 | 08/17/2013 09:12:09 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 24 | 67.175.239.30 | 08/18/2013 06:53:33 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 25 | 98.253.120.25 | 08/20/2013 01:01:52 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 26 | 24.12.209.102 | 08/21/2013 07:10:31 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 27 | 24.1.150.129 | 08/22/2013 01:19:32 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 28 | 71.201.240.166 | 08/23/2013 04:35:31 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 29 | 98.228.187.56 | 08/24/2013 01:39:58 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 30 | 67.176.220.213 | 08/25/2013 01:00:52 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 31 | 67.184.141.62 | 08/25/2013 04:46:39 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |

| # | IP | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 67.173.83.232 | 08/26/2013 12:34:14 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 33 | 68.57.218.55 | 08/26/2013 02:35:38 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 34 | 67.165.170.10 | 08/26/2013 06:40:00 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 35 | 71.201.207.129 | 08/28/2013 02:22:24 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 36 | 50.140.188.115 | 08/28/2013 02:45:08 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 37 | 71.201.66.181 | 08/28/2013 06:30:55 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 38 | 98.253.139.45 | 08/29/2013 06:55:35 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 39 | 50.129.92.217 | 08/29/2013 08:27:51 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 40 | 71.201.243.219 | 08/29/2013 09:09:55 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 41 | 76.16.156.151 | 08/30/2013 01:40:22 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 42 | 67.167.17.95 | 08/30/2013 02:55:24 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 43 | 71.194.172.147 | 08/30/2013 10:59:31 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 44 | 69.245.155.101 | 08/31/2013 03:35:06 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 45 | 67.175.211.177 | 09/01/2013 01:51:20 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 46 | 67.186.92.184 | 09/01/2013 12:23:16 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 47 | 71.239.109.161 | 09/01/2013 05:49:37 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 48 | 67.167.1.44 | 09/01/2013 08:10:55 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 49 | 24.12.150.75 | 09/02/2013 05:56:22 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 50 | 50.240.143.129 | 09/02/2013 07:08:46 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 51 | 98.206.177.208 | 09/02/2013 04:22:08 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 52 | 98.212.176.79 | 09/03/2013 01:53:50 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 53 | 76.29.71.199 | 09/04/2013 01:13:30 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 54 | 71.57.57.118 | 09/04/2013 03:35:57 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 55 | 50.165.182.182 | 09/04/2013 07:20:21 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 56 | 98.213.208.19 | 09/04/2013 11:41:09 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 57 | 67.175.160.124 | 09/05/2013 12:35:31 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 58 | 98.227.203.6 | 09/05/2013 07:14:15 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 59 | 24.15.251.9 | 09/06/2013 12:41:05 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 60 | 50.172.133.60 | 09/06/2013 02:15:20 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 61 | 76.29.83.105 | 09/06/2013 02:51:16 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 62 | 76.16.160.80 | 09/06/2013 03:35:58 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |
| 63 | 71.194.3.67 | 09/07/2013 02:18:27 | 68EA2EE5281DD2FBA6A33EDB472320948802 7192 | Comcast Cable | Illinois |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 98.213.20.248 | 09/07/2013 03:04:53 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 65 | 76.16.85.72 | 09/07/2013 11:59:17 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 66 | 76.16.212.195 | 09/07/2013 02:35:51 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 67 | 68.51.77.58 | 09/07/2013 04:38:09 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 68 | 67.186.106.160 | 09/08/2013 02:33:14 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 69 | 24.13.147.32 | 09/09/2013 11:08:17 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 70 | 71.201.231.231 | 09/09/2013 09:14:26 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 71 | 50.129.32.177 | 09/10/2013 05:47:12 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 72 | 50.129.193.240 | 09/11/2013 12:48:53 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 73 | 50.165.44.155 | 09/11/2013 03:34:20 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 74 | 50.151.116.107 | 09/11/2013 08:22:03 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 75 | 98.220.26.158 | 09/11/2013 11:24:05 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 76 | 24.15.128.23 | 09/12/2013 08:27:45 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 77 | 71.57.12.63 | 09/13/2013 12:30:01 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 78 | 24.14.245.230 | 09/13/2013 03:43:43 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 79 | 24.13.139.64 | 09/13/2013 10:23:25 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 80 | 67.167.115.237 | 09/13/2013 10:28:52 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 81 | 76.16.67.223 | 09/15/2013 01:04:58 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 82 | 67.167.95.147 | 09/16/2013 06:15:15 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 83 | 98.206.14.53 | 09/17/2013 03:18:55 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 84 | 24.13.191.113 | 09/17/2013 06:01:04 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 85 | 67.162.30.127 | 09/17/2013 10:49:20 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 86 | 24.15.203.113 | 09/18/2013 12:04:05 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 87 | 76.16.209.13 | 09/19/2013 12:51:53 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 88 | 67.163.81.249 | 09/19/2013 08:28:43 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 89 | 24.1.233.24 | 09/20/2013 02:29:42 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 90 | 98.228.182.131 | 09/20/2013 08:05:47 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 91 | 71.239.61.141 | 09/21/2013 01:24:10 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 92 | 98.222.141.132 | 09/21/2013 11:28:14 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 93 | 67.184.236.147 | 09/21/2013 05:21:23 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 94 | 24.14.233.128 | 09/21/2013 07:53:49 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |
| 95 | 50.140.155.215 | 09/22/2013 04:23:34 | 68EA2EE5281DD2FBA6A33EDB4723209488027192 | Comcast Cable | Illinois |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 96 | 24.13.87.28 | 09/22/2013 11:58:51 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 97 | 50.151.214.203 | 09/23/2013 03:51:04 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 98 | 50.172.146.232 | 09/24/2013 11:59:38 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 99 | 76.16.88.90 | 09/26/2013 03:20:27 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 100 | 68.54.222.40 | 09/27/2013 01:13:00 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 101 | 68.58.62.231 | 09/27/2013 03:24:59 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 102 | 24.13.121.55 | 09/28/2013 01:31:21 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 103 | 24.1.14.189 | 09/28/2013 06:20:32 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 104 | 71.239.60.68 | 09/28/2013 03:07:32 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 105 | 76.16.94.90 | 09/29/2013 02:22:47 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 106 | 24.1.97.54 | 09/30/2013 01:03:35 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 107 | 76.16.227.56 | 09/30/2013 10:53:30 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 108 | 50.151.239.165 | 09/30/2013 02:42:50 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |
| 109 | 24.12.116.235 | 09/30/2013 05:13:36 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Illinois |