# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

reFX Audio Software Inc.

                Plaintiff,

v.                                       Case No.: 1:13–cv–07502
                                                Honorable James B. Zagel

Does 1–109

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2014:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Motion to Clarify [15] is granted as follows: Discovery taken pursuant to the Order granting Plaintiff's Motion for Leave to Take Discovery Prior to a Rule 26(f) Conference [docket entry # 14] shall comply with 47 U.S.C. 552(c). Status hearing set for 2/20/14 at 9:15 a.m. will stand. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.